HIRAM S. JOHNSON, as Executor and Trustee of and under the Last Will and Testament of HARRIET L. CURTIS, Late of the Town of Canaan, County of Columbia, N. Y., Deceased, Respondent, v. RUFUS H. WOODWORTH

and ANNA W. WOODWORTH, His Wife, Appellants.— Judgment and order unanimously affirmed, with costs.